553 A.2d 962

**Mark S. HAINDS, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 17, 1989.

## ORDER

PER CURIAM.

The petition for allowance of appeal of Mark S. Hainds is granted. The Order of Commonwealth Court is reversed, and the case is remanded to Commonwealth Court for consideration of the merits of petitioner's appeal nunc pro tunc from the decision of the respondent, Pennsylvania Board of Probation and Parole, which denied petitioner's request for administrative relief.